IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD DOSS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0513

Opinion filed May 1, 2015.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Richard Doss, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.  This dismissal is without prejudice to appellant's right to file a petition for belated appeal.  See Fla. R. App. P. 9.141(c); Proctor v. State, 845 So. 2d 1007 (Fla. 5th DCA 2003).

WOLF, THOMAS, and OSTERHAUS, JJ., CONCUR.